In the Matter of JULIUS A. FOSBURG, an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of MORRIS PIERCE PALEY, an Attorney.— Motion denied and stay vacated. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

### (May 28, 1937.)

ELIZABETH F. VILKOMERSON, Appellant, v. TRI-STATE INVESTORS CORPORATION and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.; Martin, P. J., dissents and votes for reversal.

VAL G. WHITE, Appellant, v. THE CONNECTICUT FIRE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

FRANCES R. McEWEN, Appellant, v. ALFRED McEWEN and LAWRENCE H. WHITING, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and motion granted to the extent of granting judgment in favor of the plaintiff directing the defendants to deliver to her, her proportionate amount of shares of stock, the said defendants to retain in their possession such accumulated income as is now held by them to plaintiff's credit to protect the defendants against any future charge against plaintiff's interest in the corpus. This disposition is without prejudice to such further application for relief to which any of the parties may hereafter be entitled. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

REMA V. MORRISON, as Administratrix, etc., of KENDRICK W. MORRISON, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY and VILLAGE OF TUPPER LAKE, Appellants, Impleaded with Another.— Judgment and order reversed, with costs, and the complaint dismissed, with costs, upon the ground that no actionable negligence was shown by the plaintiff against either of the defendants-appellants. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX WARMBRAND, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

HELEN W. CATCHINGS and WADDILL CATCHINGS, Appellants, Respondents, v. ARTHUR SACHS and Others, Respondents, Appellants.— Judgment affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to modify by providing for a computation of the balance due the plaintiff Waddill Catchings on the basis that he is not liable beyond the amount of his capital investment in the firm (Stewart v. Robinson, 115 N. Y. 328), and that in determining the value of the partnership assets the fair value of the Goldman, Sachs Trading Corporation stock as of December 31, 1930, should be taken.